**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| LOPEZ, ERNESTO GARCIA | ) | |
| | ) | CASE NO. 05-58261 RG |
| | ) | |
| | ) | JUDGE MANUEL BARBOSA |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

> At:  U.S. BANKRUPTCY COURT
> Kane County Courthouse
> 100 S. 3rd Street, Room 140
> Geneva, IL  60134
>
> on:  **August 23, 2007**
> at:  **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   a. Receipts                                        $         11,186.12

   b. Disbursements                               $                 0.00

   c. Net Cash Available for Distribution    $         11,186.12

4. Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| JOSEPH R. VOILAND Trustee | $ | $  1,868.61 | $ |
| JOSEPH R. VOILAND Trustee | $ | $ | $  874.15 |

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6. Claims of general unsecured creditors totaling $27,429.68, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $30.78%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | DISCOVER BANK/DISCOVER FINANCIAL SERVICES | $ 2,062.47 | $ 634.88 |
| 2 | DISCOVER BANK/DISCOVER FINANCIAL SERVICES | $ 1,531.31 | $ 471.36 |
| 3 | eCAST Settlement Corporation assignee of | $ 5,565.62 | $ 1,713.20 |
| 4 | eCAST Settlement Corporation assignee of | $ 9,343.65 | $ 2,876.14 |
| 5 | eCAST Settlement Corporation assignee of | $ 8,926.63 | $ 2,747.78 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:

Checking Account (TCF Bank) - $0.00; Household Goods - $800.00; Wearing Apparel – $350.00; 2000 Ford Ranger $500.00.

The Trustee seeks abandonment of said assets because they are subject to Debtor's valid claim of exemption and/or a duly perfected lien and are of inconsequential value to the estate.

Dated: **July 17, 2007**                                    For the Court,

                                                By: **KENNETH S GARDNER**
                                                    Kenneth S. Gardner
                                                    Clerk of the United States Bankruptcy Court
                                                    219 S. Dearborn Street, 7th Floor
                                                    Chicago, IL  60604

# CERTIFICATE OF SERVICE

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

```
District/off: 0752-1            User: amcc7                  Page 1 of 1                  Date Rcvd: Jul 17, 2007
Case: 05-58261                  Form ID: pdf002              Total Served: 21

The following entities were served by first class mail on Jul 19, 2007.
db         +Ernesto L Garcia Lopez,    121 Fairway RD,    Carpentersville, IL 60110-2207
aty        +Gerard C Kepple,    Kepple Law Offices,    2020 Dean Street,    #M1,    St Charles, IL 60174-1665
tr         +Joseph Voiland,    Joseph R. Voiland,    1625 Wing Road,    Yorkville, IL 60560-9263
cr         +Future Finance,    15859 South Ridgeland,    Suite D,    Oak Forest, IL 60452-2782
cr          eCAST Settlement Corporation assignee of Cha,    POB 35480,    Newark NJ 07193-5480
10307652    Beneficial Finance,    PO Box 17574,    Baltimore, MD 21297-1574
10307653    Capital One,    Bankruptcy Dept,    P O Box 85167,    Richmond, VA 23285-5167
10307654    Cardmember Service,    PO Box 15153,    Wilmington, DE 19850-5153
10307655   +Chase Bank USA C/O,    Michael D. Fine,    227 W Monroe St,    Chicago, IL 60606-5055
10307656   +Clements Roy And Son Inc,    Attn Liz Payroll 05M1 142014,    20249 N Plumgrove Rd,
             Palatine, IL 60074-2035
10307657    Clerk Of Cook County,    05M1 142014,    Daley Center,    Chicago, IL 60602
10307659   +Ernesto GArcia Lopez,    121 Fairway Rd,    Carpentersville, IL 60110-2207
10307660   +Future Finance,    5251 W 95th St Rm 200,    Oak Lawn, IL 60453-2496
10307661    GMAC,    P O Box 51014,    Carol Stream, IL 60125-1014
10307650   +Garcia Lopez Ernesto L,    121 Fairway RD,    Carpentersville, IL 60110-2207
10307651    Law Office Of Gerard Kepple,    03123420,    2020 Dean St Ste M1,    Saint Charles, IL 60174-1665
10307662   +Manuel Magallanes,    121 Fairway Rd,    Carpentersville, IL 60110-2207
11179797    eCAST Settlement Corporation assignee of,    Household Finance Corporation/Beneficial,    POB 35480,
             Newark NJ 07193-5480
11179799    eCAST Settlement Corporation assignee of,    Chase Bank USA NA,    POB 35480,    Newark NJ 07193-5480

The following entities were served by electronic transmission on Jul 18, 2007.
11051929   +E-mail/PDF: mrdiscen@discoverfinancial.com Jul 18 2007 10:00:01
             DISCOVER BANK/DISCOVER FINANCIAL SERVICES,    PO BOX 3025,    NEW ALBANY OH 43054-3025
10307658    E-mail/PDF: mrdiscen@discoverfinancial.com Jul 18 2007 10:00:01      Discover Card,    PO Box 30395,
             Salt Lake City, UT 84130-0395
                                                                                               TOTAL: 2

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jul 19, 2007**                      **Signature:** *Joseph Speetjens*